## Furst *v.* Armstrong, Appellant.

Argued March 18, 1902. Appeal, No. 54, Jan. T., 1902, by defendant, from decree of C. P. Lycoming Co., June T., 1899, No. 1, on bill in equity, in case of John S. Furst and Pauline H. Furst v. Robert M. Armstrong, Celia H. Armstrong and Louisa M. Houston. Before MITCHELL, DEAN, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, April 28, 1902:

This appeal is disposed of in the opinion filed this day in Furst v. Armstrong at No. 55, January term, 1902, an appeal from the same decree. For the reasons there given, the decree of the court below is affirmed with the right, if appellant desire, to apply to the court below to vacate the decree for the purpose stated in the opinion filed in the other appeal.